VALERIE RUBENSTEIN, as Executrix of ANDRE RUBENSTEIN, Deceased, Respondent, v. KONRAD SZTYKGOLD et al., Appellants, et al., Defendants.— Orders, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

EDWARD M. HAGER, Respondent, v. GLADYS HAGER, Appellant. (Action No. 1.) EDWARD M. HAGER, Respondent, v. GLADYS HAGER, Appellant, and CONTINENTAL AMERICAN LIFE INSURANCE COMPANY et al., Impleaded Defendants. (Action No. 2.) GLADYS HAGER, Appellant, v. EDWARD M. HAGER, Respondent. (Action No. 3.) — Order unanimously modified by referring the issues herein to an official referee. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

In the Matter of the Arbitration between DEFIANCE BUTTON MACHINE CO., Respondent, and WHOLESALE & WAREHOUSE WORKERS UNION, LOCAL 65 (INDEPENDENT), Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

ALICE S. PORCHER v. CHARLES A. FRUEAUFF et al. CHARLES A. FRUEAUFF v. BANK OF NEW YORK AND FIFTH AVENUE BANK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See 276 App. Div. 997.]

■

In the Matter of the Application of ROBERT DRANOW for Admission to the Bar.— Motion denied. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

In the Matter of the Arbitration between F. T. HOLLIDAY, Respondent, and L. R. SAMUELS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See ante, p. 687.]

■

JOSEPH A. ZALOOM et al., Copartners Doing Business under the Name of JOSEPH A. ZALOOM & COMPANY, v. OMER C. TURKMENILLI.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See ante, p. 691.]

■

LEO AGRESS et al., Copartners, Doing Business under the Name of AGRESS NUT & SEED Co. v. OMER C. TURKMENILLI.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See ante, p. 691.]